IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY A. HALL,

    Plaintiff,                              No. CIV S-04-1275 MCE CMK P

    vs.

T. FELKER, et al.,

    Defendants.                   <u>ORDER</u>

          /

        On July 29, 2005, plaintiff filed a letter. This civil rights action was closed on June 30, 2005. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: August 8, 2005.

                                              **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE